1  **MICHELLE BETANCOURT**
   California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
   michelle_betancourt@fd.org
5
6  Attorneys for Mr. Meza-Marin
7
8                    UNITED STATES DISTRICT COURT
9                  FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj8552
                                    )
12              Plaintiff,           )
                                    )
13 v.                                )
                                    )   **NOTICE OF APPEARANCE**
14 **GERARDO MEZA-MARIN,**           )
                                    )
15              Defendant.           )
                                    )
16
17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
19 in the above-captioned case.
20                                              Respectfully submitted,
   Dated: June 20, 2008                          s/ *Michelle Betancourt*
21                                              **MICHELLE BETANCOURT**
                                                Federal Defenders of San Diego, Inc.
22                                              Attorneys for Defendant
                                                michelle_betancourt@fd.org
23
24
25
26
27
28

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Meza-Marin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08mj8552 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | PROOF OF SERVICE |
| ) | |
| **GERARDO MEZA-MARIN**, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

      Assistant United States Attorney
      efile.dkt.gc1@usdoj.gov

Dated: June 24, 2008        *s/ Michelle Betancourt*
      MICHELLE BETANCOURT
      Federal Defenders
      225 Broadway, Suite 900
      San Diego, CA 92101-5030
      (619) 234-8467 (tel)
      (619) 687-2666 (fax)
      e-mail: michelle_betancourt@fd.org