UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Gerardo Meza-Marin )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 08CR2191-BEN<br>08mj8552<br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06463298 |

On order of the United States District/Magistrate Judge,   **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

H.P.L.O

HILDA PATRICIA LAMOS VEJIANA

@ SD Juv. Hall

DATED: 7/1/08

RECEIVED _____ DUSM

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by ___J. Flores___
Deputy Clerk